**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

SHARONE D. P.,

                Plaintiff,               21 **CIVIL** 1030 (GRJ)

      -v-                           **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated February 13, 2023, the Commissioner is GRANTED judgment on the pleadings and this case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
          February 13, 2023

                                                    **RUBY J. KRAJICK**

                                                        _____
                                                             **Clerk of Court**

                                  **BY:**    *K. Mango*

                                                             **Deputy Clerk**